


# Service of Process Transmittal

12/15/2021
CT Log Number 540746674

**TO:** Melanie Johnson, Senior Paralegal
BP America Inc.
501 WESTLAKE PARK BLVD
HOUSTON, TX 77079-2604

**RE:** **Process Served in Louisiana**

**FOR:** BP America Production Company (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: WILLIAM HERRIN // To: BP America Production Company |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request, Order, Interrogatories |
| **COURT/AGENCY:** | 32nd Judicial District Court Parish of Terrebonne, LA<br>Case # 0192366 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury - 05/26/2021 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/15/2021 at 08:55 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | TIMOTHY J. YOUNG<br>THE YOUNG FIRM<br>400 Poydras Street, Suite 2090<br>New Orleans, LA 70130 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/15/2021, Expected Purge Date: 12/20/2021<br>Image SOP<br>Email Notification, LaTrisha Charles latrisha.charles@bp.com<br>Email Notification, Malika Herring malika.herring@bp.com<br>Email Notification, Melanie Johnson melanie.johnson@bp.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other



EXHIBIT
A




**Service of Process Transmittal**
12/15/2021
CT Log Number 540746674

**TO:** Melanie Johnson, Senior Paralegal
BP America Inc.
501 WESTLAKE PARK BLVD
HOUSTON, TX 77079-2604

**RE:** **Process Served in Louisiana**

**FOR:** BP America Production Company (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# *CITATION*

***WILLIAM HERRIN***



***Case: 0192366***

***Division: A***

***Versus***

***32nd Judicial District Court***
***Parish of Terrebonne***
***State of Louisiana***

***TRI STATE ENVIRONMENTAL LLC, ET AL***

*A Resident of EAST BATON ROUGE Parish*

*TO: BP AMERICA PRODUCTION CO*
*THROUGH REGISTERED AGENT,*
*CT CORPORATION SYSTEM, FOR SERVICE OF PROCESS:*
*3867 PLAZA TOWER DRIVE*
*BATON ROUGE, LA 70816*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand of the* ***Original Petition, Plaintiff's First Set of Interrogatories and Request for Production of Documents Directed to Defendant BP America Production Co.*** *, filed on November 18, 2021, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof;*

*Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

***Witness my hand and official seal this 6th day of December, 2021.***

***Theresa A. Robichaux, Clerk of Court***

*BY:* ______________________
*Deputy Clerk of Court*

*Requested By:* ***Ms Megan C Misko***
***Attorney at Law***
***400 Poydras St., Suite 2090***
***New Orleans, LA 70130***
***(504) 680-4100***

*Returned and filed:*

______________________

______________________
*Deputy Clerk of Court*

[SERVICE]

32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

STATE OF LOUISIANA

NO: 192366 DIVISION: _____

WILLIAM HERRIN

versus

TRI-STATE ENVIRONMENTAL, L.L.C., SEADRILL AMERICAS, INC., and BP AMERICA PRODUCTION CO.

FILED: ____________________________ ____________________________
DEPUTY CLERK

**PETITION FOR DAMAGES WITH TRIAL BY JURY**

NOW INTO COURT comes Plaintiff, **WILLIAM HERRIN**, a person of the full age of majority and resident of Terrebonne Parish, who files this Petition for Damages against Defendants, **TRI-STATE ENVIRONMENTAL, L.L.C., SEADRILL AMERICAS, INC., and BP AMERICA PRODUCTION CO.**, for the reasons stated herein:

**I.**

Defendant, **TRI-STATE ENVIRONMENTAL, L.L.C.**, is a foreign limited liability company registered to do business in this State and within the jurisdiction of this honorable Court, and is indebted unto Plaintiff for all damages to which he is entitled to receive a prayed for herein, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as set forth more specifically below.

**II.**

Defendant, **SEADRILL AMERICAS, INC.**, is a foreign corporation registered to do business in the state of Louisiana and within the jurisdiction of this honorable Court, and is indebted unto Plaintiff for all damages to which he is entitled to receive a prayed for herein, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as set forth more specifically below.

**III.**

Defendant, **BP AMERICA PRODUCTION CO.**, is a foreign corporation registered to do business in this State and within the jurisdiction of this honorable Court, and is indebted unto

**TIMOTHY C. ELLENDER, JR.**
**JUDGE - DIVISION A**

Plaintiff for all damages to which he is entitled to receive a prayed for herein, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as set forth more specifically below.

**IV.**

On or about May 26, 2021, Plaintiff was working aboard the WEST VELA, a drillship owned and/or operated by **SEADRILL AMERICAS, INC.** at all pertinent times hereto, which was a vessel in navigation.

**V.**

On or about May 26, 2021, Plaintiff was employed by **TRI-STATE ENVIRONMENTAL, L.L.C.** as a Jones Act Seaman aboard the WEST VELA.

**VI.**

Upon information and belief, on or about May 26, 2021, **BP AMERICA PRODUCTION CO.** was providing drilling and/or contracting services on the WEST VELA.

**VII.**

On May 26, 2021, while Plaintiff was on the WEST VELA, Plaintiff was tasked with moving heavy equipment and pumps without assistance, injuring his back.

**VIII.**

In connection with this incident, Plaintiff sustained serious injuries to lower back, which has already required at least one surgery, and may require additional treatment, and other injuries to his body.

**VIX.**

At all relevant times, Plaintiff, **WILLIAM HERRIN,** was performing his job in a safe and non-negligent manner, and did not cause or contribute to this incident in any fashion.

**X.**

On information and belief, Plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **TRI-STATE ENVIRONMENTAL, L.L.C., SEADRILL AMERICAS, INC., and BP AMERICA PRODUCTION CO**. in the following, non-exclusive respects:

1. Breach of a legally imposed duty of reasonable care owed by Defendants to Plaintiff;

2. Failure to provide a reasonably safe place to work;

3. Failure to properly supervise Plaintiff or any of their respective employees;

4. Failure to take any means or precautions for the safety of Defendants' employees, as well as Plaintiff;

5. Creation and maintenance of an unseaworthy vessel;

6. Failure to provide minimum safety requirements;

7. Failure to provide adequate equipment for the job in question;

8. Failure to provide adequate personnel for the job in question;

9. Other acts of negligence and unseaworthiness which will be shown at the trial of this matter.

**XI.**

As a direct result of the negligence of Defendants and the unseaworthiness of the vessel, Plaintiff, **WILLIAM HERRIN**, is entitled to recover from Defendants reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

1. Past, present, and future physical, mental and emotional pain and suffering;

2. Past, present, and future loss of wages, fringe benefits and wage earning capacity;

3. Past and future physical disability;

4. Past, present, and future medical expenses; and

5. All other special and general damages as will be shown at the trial of this matter.

**XII.**

Pursuant to the General Maritime Law of the United States of America, **TRI-STATE ENVIRONMENTAL, L.L.C.** has and continues to have the absolute and nondelegable duty to provide Plaintiff with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved.

**XIII.**

As a result of the aforementioned accident, Plaintiff was rendered unfit for duty and presently remains unfit and incapable of returning to duty as a seaman.

**XIV.**

Therefore, Plaintiff prays for the payment of past, present, and future adequate maintenance benefits as well as past, present, and future payment of any and all cure benefits to which Plaintiff is entitled. Should Defendant, **TRI-STATE ENVIRONMENTAL, L.L.C.,** fail to honor its maintenance and cure obligations, Plaintiff is entitled to attorney's fees, punitive damages, and an additional compensatory award for any acts of negligence on the part of said Defendant which may have resulted in a deterioration of Plaintiff's medical condition.

**XV.**

Plaintiff specifically alleges a claim for punitive damages against Defendants herein based upon General Maritime Law. This claim relates not only to any arbitrary and/or unreasonable failure of Defendant **TRI-STATE ENVIRONMENTAL, L.L.C.** to pay maintenance and cure benefits, but also for any gross negligence of any defendant, or unseaworthiness of the vessel as may be allowed under General Maritime Law.

**XVI.**

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** Plaintiff prays that **TRI-STATE ENVIRONMENTAL, L.L.C., SEADRILL AMERICAS, INC., and BP AMERICA PRODUCTION CO.** be duly cited to appear and answer this Complaint and, after the legal delays and due proceedings had, there be Judgment herein in favor of Plaintiff, **WILLIAM HERRIN** and against Defendants, **TRI-STATE ENVIRONMENTAL, L.L.C., SEADRILL AMERICAS, INC., and BP AMERICA PRODUCTION CO.** for all damages to which Plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

FURTHERMORE, Plaintiff prays that Defendant, **TRI-STATE ENVIRONMENTAL, L.L.C.,** be cast in judgment for past, present, and future adequate maintenance benefits, as well as past, present, and future payment of any and all cure benefits to which Plaintiff is entitled by law, and penalties and additional damages if applicable.

Respectfully Submitted,

TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101

**PLEASE SERVE**

**TRI-STATE ENVIRONMENTAL, L.L.C.**
Through Registered Agent
Scott Robichaux
2737 Highway 308
Raceland, LA 70394

**SEADRILL AMERICAS, INC.**
Through Registered Agent
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**BP AMERICA PRODUCTION CO.**
Through Registered Agent
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

FILED
NOV 18 2021
/s/ Candace S. Porche
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA
LA. DEC 06 2021, 20
BY
Deputy Clerk of Court

32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

STATE OF LOUISIANA

NO: 192366 DIVISION: ____

WILLIAM HERRIN

versus

TRI-STATE ENVIRONMENTAL, L.L.C., SEADRILL AMERICAS, INC., and BP AMERICA PRODUCTION CO.

FILED: ______________________ ______________________
DEPUTY CLERK

**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned counsel, attorney for plaintiff **WILLIAM HERRIN**, do hereby request written notice of hearings (whether the merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the Court, as provided in the Louisiana Code of Civil Procedure, Article 1960, particularly, Articles 1572, 1913, and 1914.

Respectfully Submitted,

TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101



32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

STATE OF LOUISIANA

NO: 192366 DIVISION: ____

WILLIAM HERRIN

versus

TRI-STATE ENVIRONMENTAL, L.L.C., SEADRILL AMERICAS, INC., and BP AMERICA PRODUCTION CO.

FILED: ____________________ ____________________
DEPUTY CLERK

**CIVIL JURY TRIAL ORDER**

Let the foregoing cause be tried by jury upon plaintiff, **WILLIAM HERRIN**, giving bond with good and solvent surety in the amount of $ 8,000.00 within (60) days of trial date in this matter.

~~New Orleans~~ Houma, Louisiana this 29 day of November, 2021.

____________________
JUDGE

TIMOTHY C. ELLENDER, JR.
JUDGE - Division "A"
32nd Judicial District Court

RECEIVED FROM JUDGE
NOV 3 0 2021
Deputy Clerk of Court

ORDER UNSIGNED
FILED
NOV 1 8 2021
Candace S. Pride
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA



SCANNED
NOV 2 2 2021

32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

STATE OF LOUISIANA

NO: 192364 DIVISION: _____

WILLIAM HERRIN

versus

TRI-STATE ENVIRONMENTAL, L.L.C., SEADRILL AMERICAS, INC., and BP AMERICA PRODUCTION CO.

FILED: ______________________ ______________________
DEPUTY CLERK

**PLAINTIFF'S FIRST SET OF INTERROGATORIES**
**DIRECTED TO BP AMERICA PRODUCTION CO.**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **WILLIAM HERRIN,** who propounds the following Interrogatories upon Defendant, **BP AMERICA PRODUCTION CO.,** pursuant to Article 1457 of the La. Code of Civil Procedure, to be answered within fifteen (15) days, under oath, by Defendant. Said Interrogatories are continuing and are to be answered at any time when the information becomes known prior to trial if for any reason they are not answered within fifteen (15) days (which period is specifically not waived).

**INTERROGATORY NO. 1:**

Please state the current or last known address, telephone number, and position held of each and every individual, including but not limited to **BP AMERICA PRODUCTION CO.** employees, working aboard the WEST VELA on or about May 26, 2021. **SUBPOENAS WILL BE ISSUED TO THESE INDIVIDUALS AT THE ADDRESSES PROVIDED SO LISTING DEFENDANT'S CORPORATE OFFICE WILL BE DEEMED ACCEPTANCE OF SERVICE ON BEHALF OF THE INDIVIDUAL FOR SUBPOENA PURPOSES**.

**INTERROGATORY NO. 2:**

Please state the complete names, last known employers, last known addresses, social security number and last known telephone numbers for any and all persons from whom you have taken a statement, written, recorded, or otherwise, relating to the incident in which Plaintiff was injured on the WEST VELA on or about May 26, 2021. Please also provide the dates on which such statements were taken and the person by whom such statements were taken.

**INTERROGATORY NO. 3:**

Please state the full name and address of the first person, **BP AMERICA PRODUCTION CO.** employee or otherwise, who learned of plaintiff's accident on or about May 26, 2021, and the time at which such person learned of his accident.

**INTERROGATORY NO. 4:**

Please state the full name and address of the first **BP AMERICA PRODUCTION CO.** employee who learned of plaintiff's accident on or about May 26, 2021, and the time which they learned of plaintiff's accident.

**INTERROGATORY NO. 5:**

Please state the full name and address of any and all **BP AMERICA PRODUCTION CO.** employees working with Plaintiff at the time of his accident on or about May 26, 2021. For each such individual, state their job position and the task they were performing while working with or in conjunction with Plaintiff at the time of the accident.

**INTERROGATORY NO. 6:**

Please state the full name of each and every witness whom you will call to testify at the trial of this matter.

**INTERROGATORY NO. 7:**

Please state in full detail how you believe the accident occurred including providing the names of all individuals who were involved in the accident, the tasks they were performing, and whether their actions or inactions caused and/or contributed to the accident.

**INTERROGATORY NO. 8:**

If you contend Plaintiff was at fault at all in causing or contributing to his accident or injuries, please state in full detail the basis for such contention and list any and all documentary evidence in support of your position, including specific references to safety or HSE manuals, video tapes, or other training materials.

**INTERROGATORY NO. 9:**

Please state the complete corporate name of the entity believed to be the owner of the WEST VELA, the vessel/structure to which plaintiff was assigned to work on or about May 26, 2021.

Respectfully Submitted,

TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101

**PLEASE SERVE**

**BP AMERICA PRODUCTION CO.**
Through Registered Agent
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816




NOV 18 2021
/s/ Candace S. Porche
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA
LA. DEC 06 2021, 20
BY
Deputy Clerk of Court

32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

STATE OF LOUISIANA

NO: 192366 DIVISION: ____

WILLIAM HERRIN

versus

TRI-STATE ENVIRONMENTAL, L.L.C., SEADRILL AMERICAS, INC., and BP AMERICA PRODUCTION CO.

FILED: ____________________ ____________________

DEPUTY CLERK

**PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT TOLUNAY WONG ENGINEERS, INC.**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **WILLIAM HERRIN** who propounds the following Request for Production of Documents to Defendant, **BP AMERICA PRODUCTION CO.** pursuant to Article 1461 of the La. Code of Civil Procedure, to be answered within fifteen (15) days, under oath, by Defendant. Said Requests for Production of Documents are continuing and are to be answered at any time when the information becomes known prior to trial if for any reason they are not answered within fifteen (15) days (which period is specifically not waived).

**REQUEST NO. 1:**

Please produce copies of any and all documents, correspondence, statements and written reports, including but not limited to accident reports, eye-witness reports, supervisor reports, accident prevention reports, etc., pertaining to **ANY** injuries and/or accidents sustained by **WILLIAM HERRIN** including but not limited to the accident occurring on or about May 26, 2021, and which forms the basis of this litigation.

**REQUEST NO. 2:**

Please produce complete copies of any and all tape recorded or written statements of **WILLIAM HERRIN** or any other parties concerning or relating to the accident occurring on or about May 26, 2021 on the WEST VELA in which Plaintiff was injured. If you object to the production of statements other than that of plaintiff, please state from whom statements have been taken, the date they were taken, by whom the statement was taken, and the length of the statement.

**REQUEST NO. 3:**

Please produce color photographs of the accident site, from all angles, and of any and all equipment involved in the accident, including but not limited to the drill rod which hit Plaintiff on the WEST VELA.

**REQUEST NO. 4:**

Please produce complete copies of safety reports/records/weekly meeting records or any other documents covering or concerning safety meetings or safety procedures applicable to the daily activity of the crew aboard the WEST VELA for the months of April, May, and June, 2021.

**REQUEST NO. 5:**

Please produce complete copies of any and all medical reports, clinical tests or other medical information pertaining to **WILLIAM HERRIN** which is in your possession. Such material should include, but not be limited to, any pre-employment medical reports, as well as any and all medical reports relating to the injuries sustained by **WILLIAM HERRIN** on or about May 26, 2021, which material should specifically include any and all medic records or other treatment received aboard the WEST VELA.

**REQUEST NO. 6:**

Please produce copies of any and all written reports, surveillance evidence, or video tape prepared or obtained as a result of any investigation of Plaintiff, either prior to or subsequent to the occurrence, concerning or related to his activities, background, and/or extent of injuries.

**REQUEST NO. 7:**

Please produce a complete copy of any and all safety manuals and/or other documents governing or setting forth safety procedures or safety training applicable and provided to all **BP AMERICA PRODUCTION CO.** employees.

**REQUEST NO. 8:**

Please produce complete copies of any and all tangible evidence whether document, photograph, surveillance evidence, video tape, physical item of evidence, prior statement or otherwise which will be used for impeachment or rebuttal of plaintiff or plaintiff's witnesses in the trial of this matter.

**REQUEST NO. 9:**

Please produce copies of any and all policies of liability insurance issued to **BP AMERICA PRODUCTION CO.** and in effect on or about May 26, 2021, relating to the WEST

VELA, including any policies which cover maritime and/or Jones Act claims, and all cover sheets, jackets and endorsements to such policies. Such information should include, but not be limited to, the amount of any deductible or self-insured retention.

**REQUEST NO. 10:**

Please produce complete copies of any and all written work orders and/or contracts entered into by **BP AMERICA PRODUCTION CO.** and any other party relating to or concerning the work being performed aboard the WEST VELA on or about May 26, 2021.

**REQUEST NO. 11:**

Please provide copies of any and all documents in your possession which bear the signature of Plaintiff.

**REQUEST NO. 12:**

Please provide complete copies of any and all documents in your possession or control which in any way indicate or relate to any prior injuries sustained by Plaintiff.

**REQUEST NO. 13:**

Please produce complete copies of any and all exhibits upon which you will rely at the trial of this matter.

**REQUEST NO. 14:**

Please produce a complete copy of any and all job procedure forms, checklists, Job Safety Analysis (JSAs), or other documents concerning or applicable to the job/task/procedure being performed by Plaintiff at the time he was injured on or about May 26, 2021. If such form was in any way modified or changed following this event, please produce a copy of the documentation/form as it existed both before modification and after modification.

**REQUEST NO. 15:**

If you contend Plaintiff caused and/or contributed to his accident and/or injuries, please produce complete copies of any and all documentary evidence to support your position.

**REQUEST NO. 16:**

Please produce a complete copy of any electronic communications (e-mails) in any way relating to, discussing, addressing, referencing, or touching upon the accident which forms the basis of this litigation. IF YOU CONTEND SUCH ELECTRONIC DOCUMENTATION DOES NOT EXIST, STATE WHO YOU SPOKE TO IN ORDER TO MAKE SUCH A DETERMINATION AND THEIR JOB TITLE. IF YOU CONTEND ELECTRONIC

COMMUNICATIONS EXIST BUT ARE PROTECTED FROM DISCOVERY, PLEASE PROVIDE AN APPROPRIATE PRIVILEGE LOG INCLUDING THE AUTHOR OF THE WITHHELD DOCUMENT, THE DATE IT WAS GENERATED AND THE NATURE OF THE COMMUNICATION.

Respectfully Submitted,

TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101

**PLEASE SERVE**

**BP AMERICA PRODUCTION CO.**
Through Registered Agent
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

FILED
NOV 18 2021
/s/ Candace S. Porche
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA
LA. DEC 06 2021, 20
BY
Deputy Clerk of Court

32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

STATE OF LOUISIANA

NO: 192366 DIVISION: ____

WILLIAM HERRIN

versus

TRI-STATE ENVIRONMENTAL, L.L.C., SEADRILL AMERICAS, INC., and BP AMERICA PRODUCTION CO.

FILED: ______________________ ______________________ DEPUTY CLERK

**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned counsel, attorney for plaintiff **WILLIAM HERRIN**, do hereby request written notice of hearings (whether the merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the Court, as provided in the Louisiana Code of Civil Procedure, Article 1960, particularly, Articles 1572, 1913, and 1914.

Respectfully Submitted,

TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101

FILED
NOV 18 2021
Candace S. Price
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

# CITATION

*WILLIAM HERRIN*

*Case: 0192366*

*Division: A*

*Versus*

*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*TRI STATE ENVIRONMENTAL LLC, ET AL*

*A Resident of LAFOURCHE Parish*

TO: *TRI STATE ENVIRONMENTAL LLC*
*THROUGH REGISTERED AGENT,*
*SCOTT ROBICHAUX, FOR SERVICE OF PROCESS:*
*2737 HIGHWAY 308*
*RACELAND, LA 70394*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand of the* ***Original Petition, Plaintiff's First Set of Interrogatories and Request for Production of Documents Directed to Defendant Tri-State Environmental, L.L.C.*** *, filed on November 18, 2021, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof;*

*Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

***Witness my hand and official seal this 6th day of December, 2021.***

***Theresa A. Robichaux, Clerk of Court***

**/s/ Shannon Folse**

BY: ______________________
*Deputy Clerk of Court*

*Requested By:* ***Ms Megan C Misko***
***Attorney at Law***
***400 Poydras St., Suite 2090***
***New Orleans, LA 70130***
***(504) 680-4100***

*Returned and filed:*

______________________

______________________
*Deputy Clerk of Court*

[FILE COPY]

# CITATION

*WILLIAM HERRIN*

*Case: 0192366*

*Division: A*

*Versus*

*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*TRI STATE ENVIRONMENTAL LLC, ET AL*

*A Resident of EAST BATON ROUGE Parish*

TO: *SEADRILL AMERICAS INC*
*THROUGH REGISTERED AGENT,*
*CT CORPORATION SYSTEM, FOR SERVICE OF PROCESS:*
*3867 PLAZA TOWER DRIVE*
*BATON ROUGE, LA 70816*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand of the* ***Original Petition, Plaintiff's First Set of Interrogatories and Request for Production of Documents Directed to Defendant Seadrill Americas Inc.*** *, filed on November 18, 2021, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof;*

*Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

***Witness my hand and official seal this 6th day of December, 2021.***

***Theresa A. Robichaux, Clerk of Court***

**/s/ Shannon Folse**

*BY:* ______________________
*Deputy Clerk of Court*

*Requested By:* ***Ms Megan C Misko***
***Attorney at Law***
***400 Poydras St., Suite 2090***
***New Orleans, LA 70130***
***(504) 680-4100***

*Returned and filed:*

______________________

______________________
*Deputy Clerk of Court*

[FILE COPY]

*CITATION*

*WILLIAM HERRIN*

*Case: 0192366*

*Division: A*

*Versus*

*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*TRI STATE ENVIRONMENTAL LLC, ET AL*

*A Resident of EAST BATON ROUGE Parish*

*TO: SEADRILL AMERICAS INC*
*THROUGH REGISTERED AGENT,*
*CT CORPORATION SYSTEM, FOR SERVICE OF PROCESS:*
*3867 PLAZA TOWER DRIVE*
*BATON ROUGE, LA 70816*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand of the* ***Original Petition, Plaintiff's First Set of Interrogatories and Request for Production of Documents Directed to Defendant Seadrill Americas Inc.*** *, filed on November 18, 2021, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof.*

*Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

***Witness my hand and official seal this 6th day of December, 2021.***

***Theresa A. Robichaux, Clerk of Court***

*BY:* [signature]
*Deputy Clerk of Court*

*Requested By: Ms Megan C Misko*
*Attorney at Law*
*400 Poydras St., Suite 2090*
*New Orleans, LA 70130*
*(504) 680-4100*

I made service on the named party through the
CT Corporation
DEC 15 2021
by tendering a copy of this document to
ABBY SARMIENTO
DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

*Returned and filed:* DEC 28 2021
[signature]
*Deputy Clerk of Court*

RECEIVED
DEC 14 2021
E.B.R. SHERIFF'S OFFICE

[ORIGINAL]

# CITATION

WILLIAM HERRIN



Case: 0192366

Division: A

Versus

32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

TRI STATE ENVIRONMENTAL LLC, ET AL

A Resident of EAST BATON ROUGE Parish

TO: BP AMERICA PRODUCTION CO
THROUGH REGISTERED AGENT,
CT CORPORATION SYSTEM, FOR SERVICE OF PROCESS:
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

**YOU ARE HEREBY SUMMONED** to comply with the demand of the **Original Petition, Plaintiff's First Set of Interrogatories and Request for Production of Documents Directed to Defendant BP America Production Co.**, filed on November 18, 2021, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof;

Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

**Witness my hand and official seal this 6th day of December, 2021.**

**Theresa A. Robichaux, Clerk of Court**

BY: [signature]
Deputy Clerk of Court

Requested By: Ms Megan C Misko
Attorney at Law
400 Poydras St., Suite 2090
New Orleans, LA 70130
(504) 680-4100

I made service on the named party through the:
CT Corporation
DEC 15 2021
by tendering a copy of this document to
ABBY SARMIENTO

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Returned and filed:
DEC 28 2021
[signature]
Deputy Clerk of Court

RECEIVED
DEC 14 2021
E.B.R. SHERIFF'S OFFICE

[ORIGINAL]

# CITATION

WILLIAM HERRIN

Case: 0192366



RETURN

Division: A

Versus

32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

TRI STATE ENVIRONMENTAL LLC, ET AL

A Resident of LAFOURCHE Parish

2021 DEC 13 PM 4:05 RECEIVED
CRAIG WEBRE LAFOURCHE PARISH SHERIFF'S OFFICE THIBODAUX, LA

TO: TRI STATE ENVIRONMENTAL LLC
THROUGH REGISTERED AGENT,
SCOTT ROBICHAUX, FOR SERVICE OF PROCESS:
2737 HIGHWAY 308
RACELAND, LA 70394

*YOU ARE HEREBY SUMMONED* to comply with the demand of the **Original Petition, Plaintiff's First Set of Interrogatories and Request for Production of Documents Directed to Defendant Tri-State Environmental, L.L.C.**, filed on November 18, 2021, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof:

Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

**Witness my hand and official seal this 6th day of December, 2021.**

**Theresa A. Robichaux, Clerk of Court**

BY: [signature]
Deputy Clerk of Court

Requested By: Ms Megan C Misko
Attorney at Law
400 Poydras St., Suite 2090
New Orleans, LA 70130
(504) 680-4100

Returned and filed:
DEC 2 0 2021 [signature]
Deputy Clerk of Court

LAFOURCHE SHERIFF'S RETURN
0192366 Date: 12/20/21 Time: 10:13
Status: Domiciliary
Served On: TRI STATE ENVIRONMENTAL LLC, AGENT: SCOTT ROBICHAUX
Address: 2737 HIGHWAY 308, RACELAND, LA 70394
Served By: CHAMBERLAIN, KIMBERLY
Due: $46.80 Invoice #: 21023587
Comments: DAUGHTER
Signature: Deputy Kimberly Chamberlain #1339

[ORIGINAL]